UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-81275-DMM

NELSON FERNANDEZ,

        Plaintiff,

-vs-

DIAMONDS BY RAYMOND LEE, LLC, a
Florida limited liability company.

        Defendants.
_____/

## RE-NOTICE OF MEDIATION

**DATE AND TIME**: Thursday, January 14, 2021
At 1:00 P.M.

**LOCATION**: VIA ZOOM (Invite to Follow)
Telephone: (954) 761-3454

**MEDIATOR**: Joseph J. Huss, Esq.

**\*  4   HOURS HAVE BEEN RESERVED FOR THE MEDIATION.
IF YOU THINK YOU WILL NEED MORE TIME,
PLEASE CALL US IMMEDIATELY.**
**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via E-Service and U.S. Mail this 17th day of November, 2020, to: See Service List.

KRINZMAN, HUSS, LUBETSKY
FELDMAN & HOTTE
110 S.E. 6th Street, Suite 1430
Fort Lauderdale, FL 33301
Telephone:   (954) 761-3454
Facsimile:    (954) 761-3484
E-Mail:       jjh@khllaw.com
E-Service:    eservicefll@khllaw.com

By: _/s/ Joseph J. Huss_____
    JOSEPH J. HUSS
    Certified Court Mediator
    Fla. Bar No. 0328480

CASE NO.: 20-cv-81275-DMM
**SERVICE LIST**

Roderick V. Hannah, Esq.
4800 N. Hiatus Road,
Sunrise, Florida 33351
E-Service: Rhannah@rhannahlaw.com

Pelayo M. Duran, Esq.
4640 N.W. 7th Street,
Miami, Florida 33126
E-Service: Pduran@pelayoduran.com

Kenneth L. Minerely, Esq.
Meghan Miller, Esq.
1200 North Federal Highway, Suite 420,
Boca Raton, Florida 33432
E-Service: Ken@minerleyfein.com
Meghan@minerleyfein.com
fileclerk@minerleyfein.com
litigation@minerleyfein.com