UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-81275-DMM

NELSON FERNANDEZ,

          Plaintiff,

-vs-

DIAMONDS BY RAYMOND LEE, LLC, a
Florida limited liability company.

          Defendants.
_____/

## MEDIATION DISPOSITION REPORT

A Mediation conference was conducted on ___January 14, 2021___. The conference resulted in the following:

The following attorneys, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference:

__X__ All Plaintiffs and the respective trial counsel.
__X__ All Defendants and/or their claims representatives, and their respective trial counsel.

The following individuals, parties, corporate representatives and/or claims professionals failed to appear and/or participate as ordered:

_____

_____

__X__ The case was completely settled. Counsel shall submit a stipulation for dismissal or other final disposition.
_____ The parties reached an impasse as to all issues.
_____ The parties settled the following issues:

(a) _____
(b) _____

The issues remaining to be adjudicated are:
(c) _____
(d) _____

_____ The case was set for trial on _____ and should be removed from the trial docket.
_____ These proceedings have been adjourned.

1

CASE NO.: 20-cv-81275-DMM
Mediation Disposition Report

\_\_\_\_\_ The scheduled mediation proceedings herein have been canceled as the parties have announced a settlement.

The Court is further advised the parties have agreed as follows:
_____
_____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished via E-Service and U.S. Mail this 15th day of January, 2021, to: See Service List.

KRINZMAN, HUSS, LUBETSKY
FELDMAN & HOTTE
110 S.E. 6th Street, Suite 1430
Fort Lauderdale, FL 33301
Telephone:      (954) 761-3454
Facsimile:       (954) 761-3484
E-Mail:            jjh@khllaw.com
E-Service:       eservicefll@khllaw.com

By:  /s/ Joseph J. Huss
     JOSEPH J. HUSS
     Certified Court Mediator
     Fla. Bar No. 0328480

**SERVICE LIST**

Roderick V. Hannah, Esq.
4800 N. Hiatus Road,
Sunrise, Florida 33351
E-Service:      Rhannah@rhannahlaw.com

Pelayo M. Duran, Esq.
4640 N.W. 7th Street,
Miami, Florida 33126
E-Service: Pduran@pelayoduran.com

Kenneth L. Minerely, Esq.
Meghan Miller, Esq.
1200 North Federal Highway, Suite 420,
Boca Raton, Florida 33432
E-Service:      Ken@minerleyfein.com
                Meghan@minerleyfein.com
                fileclerk@minerleyfein.com
                litigation@minerleyfein.com