UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-cv-81275-DMM

**NELSON FERNANDEZ**,

     Plaintiff,

vs.

**DIAMONDS BY RAYMOND LEE,
LLC, a Florida limited liability company,**

     Defendant.

_____/

## <u>JOINT STIPULATION FOR DISMISSAL *WITH PREJUDICE*</u>

Plaintiff, NELSON FERNANDEZ ("Plaintiff"), and Defendant, DIAMONDS BY RAYMOND LEE, LLC ("Defendant ") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of this action in its entirety *with prejudice*.   The Parties shall bear their own attorneys' fees, costs, and expenses.   All Parties consent to the form and content of this Stipulation.

     Dated:  January 20, 2021

**RODERICK V. HANNAH, ESQ., P.A.**
Counsel for Plaintiff
4800 North Hiatus Road
Sunrise, FL  33351-7919
T: 954/362-3800
Email:  rhannah@rhannahlaw.com


By____*s/ Roderick V. Hannah*_____
    RODERICK V. HANNAH
    Fla. Bar No. 435384

**LAW OFFICE OF PELAYO
DURAN, P.A.**
Co-Counsel for Plaintiff
4640 N.W. 7th Street
Miami, FL 33126-2309
T: 305/266-9780
Email:  pduran@pelayoduran.com


By ____*s/ Pelayo M. Duran*_____
    PELAYO M. DURAN
    Fla. Bar No. 0146595

**MINERELY FEIN, P.A.**
Attorneys for Defendant
1200 North Federal Highway
Suite 420
Boca Raton, FL  33432
(561) 362-6699
ken@minerelyfein.com

By:  *s/Kenneth L. Minerely*
    KENNETH L. MINERELY
    Fla. Bar No. 521840